PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUSION BRANDS AMERICA INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-1598<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint filed:   June 5, 2017 |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MICHAEL GONZALES voluntarily dismisses the above-captioned action with prejudice as to his individual claims, and without prejudice as to the putative class. Defendant FUSION BRANDS AMERICA INC. has neither answered nor filed a motion for summary judgment.

Respectfully submitted,

Dated: October 23, 2017			PACIFIC TRIAL ATTORNEYS, APC

					By: */s/ Scott J. Ferrell*
					Scott. J. Ferrell
					Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2017, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell